**Exhibit C**

After Recording Return to:
GMAC-RFC
One Meridian Crossing, Suite #100
Minneapolis, MN 55423
Record Center and Document Routing      JRN TO:
03-03-40
ATTN: QUALITY CONTROL

[Space Above This Line For Recording Data]

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is
3 Ada, Irvine, CA 92618                                    does hereby grant, sell, assign, transfer and convey, unto the

**Residential Funding Company, LLC**
**8400 Normandale Lake Blvd Suite 600**
**Minneapolis, MN 55437-1073**
a corporation organized and existing under the laws of $Delaware$     (herein "Assignee"), whose address is

a certain mortgage dated  09/07/2005                    , made and executed by
ROBERT D PASSARETTA

to and in favor of    Option One Mortgage Corporation, A California Corporation
and given to secure payment of  four hundred ninty six thousand
           ($ 496,000.00 )                    (Include the Original Principal Amount and Maturity Date of Note(s))
which Mortgage is of record in Book, Volume, or Liber No. 449          , at page 170
(or as No. 8604   ) of the                         Records.  Town of    BURRILLVILLE
State of Rhode Island, together with the note(s) and obligations therein described and the money due and to
become due thereon with interest, and all rights accrued or to accrue under such Mortgage.
TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the terms and
conditions of the above-described Mortgage.
Address:  35 ANNE LN BURRILLVILLE, RI  028592311
    **LEGAL DESCRIPTION AS DESCRIBED ON MORTGAGE REFERRED TO HEREIN**
IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on September, 19 2005

Seal:                                                              Option One Mortgage Corporation, A California
Witness  Israel Landa                                              Corporation

Witness  Alex Gikas                                                By: _____
Attest    Orlando Watson                                           Collateral Specialist , Jeramy Brown

This Instrument Prepared By: Option One Mortgage Corporation, A California Corporation  Address: 3 Ada, Irvine, CA
92618   Phone: (800)704-0800
―――――――――――――――――――[Space Below This Line For Acknowledgment]―――――――――――――

State of California, County of_____Orange_____}SS:

    On  September 19, 2005 _____ before me, the undersigned, a Notary Public

in and for said State, personally appeared_____Jeramy Brown_____, Collateral Specialist
Option One Mortgage Corporation, A California Corporation
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/
their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.Witness my hand and official seal.
       (Reserved for official seal)

Signature _____
Robert A. Salazar


Name (typed or printed)
My commision expires: July 20, 2007

Rhode Island Assignment of Mortgage       Page 1 of 1       Ship 4/25/96