# Exhibit D

## ASSIGNMENT

Residential Funding Company, LLC
Mortgagee of the mortgage from

Robert Passaretta to Option One Mortgage Corporation

dated September 7, 2005 recorded with the Land Evidence Records for the City of Burrillville in Book 449, Page 170, Inst # 8604, assigns said mortgage to 21st Mortgage Corporation, c/o Ocwen Loan Servicing, LLC, 1100 Virginia Drive, Suite 175, Fort Washington, PA 19034.

In witness whereof the said In witness whereof the said Residential Funding Company, LLC has caused these presents to be signed in its name and behalf by **Yvonne K. Boyd** (name) its **Authorized Officer** (title) on this day, the 26th of SEPTEMBER, 2013.

Residential Funding Company, LLC
f/k/a Residential Funding Corporation
Attorney in Fact

Residential Funding Company, LLC

By: _(signature)_
Name: **Yvonne K. Boyd**
Title: **Authorized Officer**

STATE OF **Pennsylvania**
COUNTY OF **Montgomery**

On this 26th day of **September, 2013**, before me, **Jacqueline Graham** the undersigned notary public, personally appeared **Yvonne K. Boyd** as Authorized Officer, of Residential Funding Company, LLC, of whom I have personal knowledge of identity, to be the person whose name is signed on the proceeding or attached document, and who acknowledged to me that he/she signed it voluntarily for its stated purpose as **authorized officer** (title) for Residential Funding Company, LLC.

_(signature)_ **Jacqueline Graham**
Official Signature and Seal of Notary
My Commission Expires: 11/29/2016

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JACQUELINE GRAHAM
Notary Public
MIDDLETOWN TWP., BUCKS COUNTY
My Commission Expires Nov 29, 2016

File No. 703.3643

RE: 35 Anne Ln, Burrillville, RI 02859